UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: CHRISTOPHER L. MALCOLM. * <br> * <br> * <br> * <br> * <br> * | Misc. Business Docket <br> No. 1:24-mc-91525-IT |

ORDER TO SHOW CAUSE

October 21, 2024

TALWANI, D.J.

On October 18, 2024, pursuant to Local Rule 83.6.5(b), attorney Christopher Malcolm was referred for potential attorney discipline. See Doc. No. 1 (reflecting Judge Sorokin's finding that Malcolm plausibly committed "four potentially serious ethical violations" of Massachusetts Rules of Professional Conduct). On October 18, 2024, the matter was assigned to the undersigned. Doc. No. 2. In accordance with Local Rule 83.6.5(i), it is hereby ORDERED as follows:

1) The Clerk shall serve notice of the referral, along with a copy of Local Rule 83.6.5 and a copy of this Order, on Malcolm.

2) Malcolm shall, within twenty-eight days after service of this Order, appear and show cause in writing why disciplinary action against him should not be taken in light of Judge Sorokin's findings. In that filing, Malcolm may request a hearing and address any disputed material fact or the nature of discipline to be imposed. A hearing will be held if requested; otherwise, the matter will be determined on the paper record.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge