UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re: CHRISTOPHER L. MALCOLM.          *
                                        *
                                        *     Misc. Business Docket
                                        *     No. 1:24-mc-91525-IT
                                        *
                                        *

ORDER TO SHOW CAUSE (RECIPROCAL DISCIPLINE)

December 18, 2024

TALWANI, D.J.

On November 19, 2024, the Massachusetts Supreme Judicial Court ("SJC") issued a disciplinary order as to Attorney Christopher Lee Malcolm and forwarded a copy to this court, where it was docketed in this pending disciplinary matter, see SJC Order of Immediate Temporary Suspension [Doc. No. 9], on December 18, 2024.

Local Rule 83.6.9(a) provides in relevant part that "[w]hen an attorney who is a member of the bar of this district . . . has been . . . suspended in any other jurisdiction, the attorney may be subject to reciprocal discipline[.]" Local Rule 83.6.6 provides that the presiding judge may immediately suspend an attorney's right to practice law in this court pending the outcome of a disciplinary proceeding under these rules.

In accordance with Local Rule 83.6.9(b) and Local Rule 83.6.6, it is hereby ORDERED:

1)   The Clerk shall serve notice of this Order, along with a copy of Local Rule 83.6.6 and 83.6.9 and a copy of this Order, on Malcolm.

2)   Malcolm shall show cause in writing no later than December 30, 2024, why this court should not temporarily suspend his right to practice law in this court pending the outcome of the disciplinary proceeding.

3) The clerk is setting a hearing on January 2, 2025, as to the original disciplinary matter referred by Judge Sorokin. At that hearing, Malcolm may also be heard as to whether the court should temporarily suspend his right to practice law in this court pending the outcome of the discipline matter.

3) Malcolm shall, within twenty-eight days of service of this <u>Order</u>, show cause why reciprocal disciplinary action against him should not be taken in light of the SJC's <u>Order of Immediate Temporary Suspension</u>.[1]

IT IS SO ORDERED.

December 18, 2024 /s/ Indira Talwani
United States District Judge

---

[1] Malcolm shall file his responses by electronic means. <u>See</u> Local Rule 5.4. If he seeks leave to file portions of his responses under seal, both a motion for leave to file under seal, setting forth good cause for the requested impoundment, and a redacted copy of the response must be filed by electronic means.