**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**

|  |  |
|---|---|
| ) | MISC. BUSINESS DOCKET |
| IN RE: CHRISTOPHER L. MALCOLM ) | 1:24-mc-91525-IT |
| ) |  |

**MOTION TO ENLARGE TIME TO FILE RESPONSE**

NOW COMES prior counsel for the Defendant, HARRY TAM, known as the Respondent in the above-captioned matter, the subject of the matter In Re: Christopher L. Malcolm, and respectfully requests that this Honorable Court grant Respondent Attorney Malcolm a further extension to file a formal response to show cause why action should not be taken prior to the requested Hearing in the normal course to address the substance of the show cause matter to raise disputed material fact and the nature of discipline to be imposed.

As grounds, Respondent Malcolm has been addressing responses related to petition for temporary suspension before the Massachusetts Supreme Judicial Court and in January 2025, the Office of Bar Counsel filed a Complaint for Contempt regarding said matter. The hearing is set for February 4, 2025 at 10am as of this filing. On or about January 22, 2025 it is my understanding that Respondent's prior counsel received the complaint. Respondent has been working on the response for that complaint and

the response due in this matter without counsel, but it will not be completed as currently required due to changed circumstances. On or about January 28, 2025, counsel for Respondent filed a motion to withdraw, and this was allowed the following morning. Respondent was working with prior counsel on this matter before this Honorable Court and the state matter until he had to withdraw due to breakdown in communication. Respondent did not receive a copy of complaint until Office of Bar Counsel sent a copy on or about January 29, 2025 directly to Respondent. Accordingly, Respondent needed to switch focus, seeks new counsel, and work on a response to the matter before the SJC and this matter. Respondent is still looking for counsel at this time and seeks an extension to retain new counsel, finish preparation, and finish a formal response to this matter in a more timely manner. Respondent needs additional time to properly address this matter with the time, resources, and undivided attention it deserves and calls for, but he has not had sufficient time to complete this important response.

A further extension for filing and extension of any anticipated hearing is hereby requested and Respondent respectfully suggests that said extension of this matter best serves the interests of justice, the swift administration of justice, the best use of judicial resources, and preserves judicial economy. Respondent hereby requests that the response deadline be

2

extended until 3/3/2025 by 4:00PM or 2/28/2025 by 4:00PM in the alternative.   This will allow Respondent time to obtain funds, seek successor counsel, and prepare with said counsel to properly address and respond to the serious allegations before this Honorable Court. If the Court would like information, the Respondent seeks leave to file under seal.

WHEREFORE, the Respondent of the matter In re: Christopher L. Malcolm respectfully requests this Honorable Court allow an extension to obtain successor counsel and file a written response to 3/3/25 or the extension deemed appropriate by this Honorable Court.   Respondent respectfully requests that his motion be ALLOWED.

                              Respectfully submitted,
                              Respondent,

                               */s/ CLMALCOLM*
                              _____
                              Christopher L. Malcolm
                              185 Devonshire Street
                              Suite 302
                              Boston, MA 02110
                              clmalcolm@gmail.com
                              (617)645-0089
Date:   1/31/25              B.B.O. No. 684440