```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

In re: CHRISTOPHER L. MALCOLM      )
                                   )
                                   ) Misc. Business Docket
                                   ) No.  1:24-mc-91525-IT
                                   )
                                   )
```

## MOTION TO RECONSIDER DENIAL OF MOTION TO ENLARGE TIME, AND PROPOSAL OF MAY 14, 2025, DEADLINE

Respondent, CHRISTOPHER L. MALCOLM, moves this Honorable Court reconsider the January 31, 2025, decision by the Honorable Indira Talwandi, Justice of the United States District Court denying Respondent's pro se' motion for extension of time to file a response to show cause, Document 16, for the reasons stated in an affidavit dated today.

Respondent's counsel proposes a May 14, 2025, firm deadline for filing a response to the assertions in the October 17, 2024, referral of Attorney Christopher Malcolm for disciplinary proceedings by the Honorable Leo T. Sorkin, Justice of the United States District Court in 1:21-cr-10350-LTS, Document 745, for the reasons stated in an affidavit dated today.

WHEREFORE, this Honorable Court should <u>allow</u> the motion.

                                             Respectfully submitted,
                                             Christopher L. Malcolm
                                             By Attorney,
                                             <u>/S/ Adam C. Russell</u>
                                             Adam C. Russell
                                             BBO # 680155
                                             RUSSELL DEFENSE FIRM

```
                                        309 Washington Street
                                        Brighton, MA 02135
                                        617.858.6841 PHONE
                                        617.507.5967 FAX
                                        adam@russ911.com EMAIL
Dated:    February 14, 2025
```