```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

In re: CHRISTOPHER L. MALCOLM         )
                                      )
                                      ) Misc. Business Docket
                                      ) No. 1:24-mc-91525-IT
                                      )
                                      )

```
               AFFIDAVIT IN SUPPORT OF
            MOTION TO RECONSIDER DENIAL OF
               MOTION TO ENLARGE TIME, AND
          PROPOSAL OF MAY 14, 2025, DEADLINE
```

1. My name is Adam C. Russell.

2. I am a criminal defense lawyer licensed to practice in the Commonwealth of Massachusetts also admitted to the United States District Court for the District of Massachusetts.

3. Around 2018, I met Christopher L. Malcolm ("Attorney Malcolm") in my role as a bar advocate for indigent persons accused of crimes in the Dorchester Division of the Boston Municipal Court.

4. Upon returning to in-person proceedings during the COVID-19 pandemic, I noticed Attorney Malcolm was often tardy for regularly scheduled appearances.

5. One morning in the pretrial session of the Dorchester Division of the Boston Municipal Court, Attorney Malcolm made a statement that childcare obligations prevented him from appearing at 9:00 a.m. I approached Attorney Malcolm

and explained that I did not think that was the only reason he was late and offered to help him.

6. I have reviewed the section entitled "Duty of Candor" beginning on page 19 of the October 17, 2024, referral of Attorney Christopher Malcolm for disciplinary proceedings by the Honorable Leo T. Sorkin, Justice of the United States District Court in 1:21-cr-10350-LTS Document 745.

7. In my professional opinion, my performance in this professional discipline proceeding would fall measurably below that of an ordinary fallible lawyer if I were to use Attorney Malcolm as my primary source of information when investigating the facts.

8. Within 30 business days, I can dedicate sufficient time to investigate the assertions 1:21-cr-10350-LTS Document 745. This would result in a date of April 1, 2025.

9. With an additional 30 business days, I can dedicate sufficient time to draft, revise, and file a written response. This would result in a firm deadline of May 14, 2025.

UNDER THE PAINS AND PENALTIES OF PERJURY ON FEBRUARY 14, 2025

/S/ Adam C. Russell
Adam C. Russell