UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re: CHRISTOPHER L. MALCOLM    *
                                    *
                                    *          Misc. Business Docket
                                    *          No. 1:24-mc-91525-IT
                                    *
                                    *

JUDGMENT
July 10, 2025

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [Doc. No. 27] finding that Christopher L. Malcolm: (1) breached Massachusetts Rules 1.7 and 1.9 concerning conflicts of interest; (2) breached Massachusetts Rule 1.6 concerning the duty of confidentiality; (3) breached Massachusetts Rule 1.8(f) concerning the acceptance of fees from a third party; and (4) breached Massachusetts Rule 3.3 concerning the duty of candor, Malcolm is hereby disbarred from practicing law in the District of Massachusetts. Prior to any application for reinstatement, Malcolm shall sit for the Multistate Professional Responsibility Examination and achieve at a minimum the passing score required by the Massachusetts Board of Bar Examiners—in addition to satisfying the other requirements set forth in this courts Local Rules. See L.R. 83.6.10(b).

The court's Memorandum and Order [Doc. No. 27] is hereby entered as a final judgment under Fed. R. Civ. P. 54. See L.R. 83.6.5(i)(8).

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge